■ JOHN HOTINE, Appellant, v. EDWARD MONETT, Respondent.— In an action to recover damages for injuries to person and property sustained when motor vehicles owned and operated by the parties collided, the appeal is from a judgment entered after trial by the court without a jury dismissing the complaint on the merits. Judgment unanimously affirmed, without costs. No opinion. Present — Wenzel, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ In the Matter of the Accounting of FRANCIS A. MCANANEY et al., as Executors of MARY H. WALSH, Deceased, Appellants. JAMES F. HEALY, Individually and as Former Special Guardian for CAROLE J. DUFFY, Former Infant, et al., Respondents.— Appeal from so much of a decree of the Surrogate's Court, Kings County, judicially settling the account of the executors as (a) construes paragraph Fourth of testator's will to the effect that the unexpended balance of a certain insurance policy was specifically bequeathed thereunder and (b) directs the executors to pay a fee to the special guardian for the specific legatee. Decree unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ.